ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 2 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 412 CR-191-Y |
| DERREK STEVEN KATES (01) | § | |
| NATASSIA DANIELLE GRESS (02) | § | |

### INDICTMENT

The Grand Jury charges:

#### Count One
Conspiracy To Distribute and Possess with
Intent to Distribute a Controlled Substance
(21 U.S.C. § 846)

Beginning in or before June 2012, and continuing thereafter until on or about July 11, 2012, in the Fort Worth Division of the Northern District of Texas, defendants **Derrek Steven Kates, Natassia Danielle Gress**, and others, both known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL

_____
FOREPERSON

SARAH R. SALADAÑA
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

vs.

DERREK STEVEN KATES (01)
NATASSIA DANIELLE GRESS (02)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy To Distribute and Possess with
Intent to Distribute a Controlled Substance

(1 COUNT)

4:12 CR-191-Y

A true bill rendered:

FORT WORTH                                                         FOREPERSON

Filed in open court this 12th day of September, A.D. 2012.

Custody as to both defendants

UNITED STATES MAGISTRATE JUDGE
(Magistrate Court Number: 4:12-MJ-284)

*Criminal Case Cover Sheet*

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS | Related Case Information |
|---|---|
| | Superseding Indictment: ☐ Yes ☒ No |
| 1. **Defendant Information** | New Defendant: ☒ Yes ☐ No |
| Juvenile: ☐ Yes ☒ No | Pending CR Case in NDTX: ☐ Yes ☒ No |
| | Search Warrant Case Number: |
| Sealed: ☐ Yes ☒ No | Rule 20 from District of: |
| | Magistrate Case Number: 4:12-MJ-00284-BJ |

4:12-CR-191-Y

Defendant Name
**DERREK STEVEN KATES (01)**
Alias Name
Address

2. **U.S. Attorney Information**
AUSA   Shawn Smith                    Bar # 24033206

3. **Interpreter**
☐ Yes  ☒ No
If Yes, list language and/or dialect:

4. **Location Status**

Arrest Date: 08/22/12

☒ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)) | Conspiracy To Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |

Date  9/11/12                    Signature of AUSA: _____

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No |
| New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No |
| Search Warrant Case Number: |
| Rule 20 from District of: |
| Magistrate Case Number: 4:12-MJ-00284-BJ |

4:12 CR-191-Y

1. **Defendant Information**
   Juvenile: ☐ Yes ☒ No

   Sealed: ☐ Yes ☒ No

   Defendant Name
   **NATASSIA DANIELLE GRESS (02)**
   Alias Name
   Address

2. **U.S. Attorney Information**
   AUSA   Shawn Smith          Bar # 24033206

3. **Interpreter**
   ☐ Yes ☒ No
   If Yes, list language and/or dialect:

4. **Location Status**
   Arrest Date: 07/27/12

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)) | Conspiracy To Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |

   Date  9/11/12                    Signature of AUSA: _____